IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PNC FINANCIAL SERVICES     )
GROUP, INC., ET AL.,       )
     Plaintiffs,           )
                           )
     v.                    ) Civil Action No. 07-582
                           )
MARK E. BELCAK, ET AL.,    )
     Defendants.           )

ORDER

AND NOW this 4th day of May, 2007, pursuant to

28 U.S.C. §455, I hereby recuse myself from the above-

captioned matter and direct the Clerk of Court to reassign

the case to another judge.

BY THE COURT:

_____, J.

cc:  all parties of record